# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GRETCHEN CULLY,

          **Plaintiff,**

v.                                 **Case No:  6:16-cv-419-Orl-28GJK**

HYUNDAI MOTOR FINANCE
COMPANY,

          **Defendant.**

---

## ORDER OF DISMISSAL

The Court has been advised by the parties' mediator that the above-styled action has been completely settled (Doc. 20).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  All pending motions are **DENIED as moot.**  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on September *15*, 2016.

                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties